

1  Matthew T. Theriault (SBN 244037)
2  Email: MTheriault@InitiativeLegal.com
   Dina S. Livhits (SBN 245646)
3  Email: DLivhits@InitiativeLegal.com
4  INITIATIVE LEGAL GROUP, LLP
   1800 Century Park East, 2nd Floor
5  Los Angeles, California 90067
6  Telephone: (310) 556-5637
   Facsimile: (310) 861-9051
7  Attorneys for Plaintiff SONYA WILLIAMS
8
   Brian S. Kabateck (SBN 152054)
9  Email: bsk@kbklawyers.com
10 Richard L. Kellner (SBN 171416)
   Email: rlk@kbklawyers.com
11 Josh H. Haffner (SBN 188652)
12 Email: jhh@kbklawyers.com
   KABATECK BROWN KELLNER LLP
13 644 South Figueroa Street
14 Los Angeles, California 90017
   Telephone: (213) 217-5000
15 Facsimile: (213) 217-5010
16
   David M. Arbogast (SBN 167571)
17 Email: darbogast@law111.com
18 Jeffrey K. Berns (SBN 131351)
   Email: jberns@law111.com
19 Dayna C. Carter (SBN 253629)
20 Email: dcarter@law111.com
   ARBOGAST & BERNS LLP
21 19510 Ventura Boulevard, Suite 200
22 Tarzana, California 91356
   Telephone: (818) 961-2000
23 Facsimile: (310) 861-1775
24 Attorneys for Plaintiff CARMEN HITA
25
26
27
28
                                1
   [PROPOSED] PROTECTIVE ORDER:
   RE: DISCLOSURE OF PUTATIVE CLASS MEMBER INFORMATION

| | |
|---|---|
| 1 | PAUL M. GLEASON (SBN: 155569) |
| 2 | pgleason@gleasonfavarote.com |
| | TOREY J. FAVAROTE (SBN: 198521) |
| 3 | tfavarote@gleasonfavarote.com |
| 4 | RICHARD Y. CHEN (SBN: 225392) |
| | rchen@gleasonfavarote.com |
| 5 | JANET S. YAVROUIAN (SBN: 252602) |
| 6 | jyavrouian@gleasonfavarote.com |
| | GLEASON & FAVAROTE, LLP |
| 7 | 800 WEST SIXTH STREET, STE. 1010 |
| 8 | LOS ANGELES, CA 90017 |
| | (213) 452-0510 Telephone |
| 9 | (213) 452-0514 Facsimile |
| 10 | Attorneys for Defendant Veolia Transportation Services, Inc. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SONYA WILLIAMS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VEOLIA TRANSPORTATION SERVICES, INC., a Maryland Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>CARMEN HITA, on behalf of herself, and all others similarly situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>VEOLIA TRANSPORTATION SERVICES, INC., a Maryland Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case Nos.: CV08-02582 GW(AGRx) and CV08-4282 GW (AGRx)<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] **PROTECTIVE ORDER RE: DISCLOSURE OF PUTATIVE CLASS MEMBERS' IDENTITIES**<br><br><u>Hearing on Motion for Class Certification:</u><br>Date:   January 29, 2009<br>Time:   8:30 a.m.<br>Before: Honorable George H. Wu<br>Courtroom: 10<br><br>Consolidated Class Action<br>Complaint filed: September 29, 2008 |

2

[~~PROPOSED~~] PROTECTIVE ORDER:
RE: DISCLOSURE OF PUTATIVE CLASS MEMBER INFORMATION

1  The parties to the above-captioned action having entered into a Joint
2  Stipulation re: Disclosure of Putative Class Members' Identities dated November
3  13, 2008 ("Stipulation"), an executed copy of which is attached hereto as Exhibit A,
4  and the Court having considered the Stipulation, good cause appearing,
5  IT IS ORDERED that the Joint Stipulation re: Disclosure of Putative Class
6  Members' Identities shall be and the same is hereby approved and adopted as Order
7  of the Court.
8  **IT IS SO ORDERED.**

10  Dated: December 4, 2008

*Alicia G. Rosenberg*
Hon. Alicia G. Rosenberg
Magistrate Judge of the United States
District Court, Central District of
California

# EXHIBIT A

1  Matthew T. Theriault (SBN 244037)
2  Email: MTheriault@InitiativeLegal.com
   Dina S. Livhits (SBN 245646)
3  Email: DLivhits@InitiativeLegal.com
4  INITIATIVE LEGAL GROUP, LLP
   1800 Century Park East, 2nd Floor
5  Los Angeles, California 90067
6  Telephone: (310) 556-5637
   Facsimile: (310) 861-9051
7  Attorneys for Plaintiff SONYA WILLIAMS

8
   Brian S. Kabateck (SBN 152054)
9  Email: bsk@kbklawyers.com
10 Richard L. Kellner (SBN 171416)
   Email: rlk@kbklawyers.com
11 Josh H. Haffner (SBN 188652)
12 Email: jhh@kbklawyers.com
   KABATECK BROWN KELLNER LLP
13 644 South Figueroa Street
14 Los Angeles, California 90017
   Telephone: (213) 217-5000
15 Facsimile: (213) 217-5010

16
   David M. Arbogast (SBN 167571)
17 Email: darbogast@law111.com
18 Jeffrey K. Berns (SBN 131351)
   Email: jberns@law111.com
19 Dayna C. Carter (SBN 253629)
20 Email: dcarter@law111.com
   ARBOGAST & BERNS LLP
21 19510 Ventura Boulevard, Suite 200
22 Tarzana, California 91356
   Telephone: (818) 961-2000
23 Facsimile: (310) 861-1775
24 Attorneys for Plaintiff CARMEN HITA

25
26
27
28

1

JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER:
RE: DISCLOSURE OF PUTATIVE CLASS MEMBER INFORMATION

1  PAUL M. GLEASON (SBN: 155569)
   pgleason@gleasonfavarote.com
2  TOREY J. FAVAROTE (SBN: 198521)
3  tfavarote@gleasonfavarote.com
   RICHARD Y. CHEN (SBN: 225392)
4  rchen@gleasonfavarote.com
5  JANET S. YAVROUIAN (SBN: 252602)
   jyavrouian@gleasonfavarote.com
6  GLEASON & FAVAROTE, LLP
7  800 WEST SIXTH STREET, STE. 1010
   LOS ANGELES, CA 90017
8  (213) 452-0510 Telephone
9  (213) 452-0514 Facsimile

10 Attorneys for Defendant Veolia Transportation Services, Inc.

11            UNITED STATES DISTRICT COURT
12      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 13  SONYA WILLIAMS, individually, and on behalf of other members of the general public similarly situated,<br>14<br>15          Plaintiff,<br>16   vs.<br>17  VEOLIA TRANSPORTATION SERVICES, INC., a Maryland Corporation; and DOES 1 through 10, inclusive,<br>18<br>19          Defendants.<br>20 | Case Nos.: CV 08-02582 GW (AGRx)<br>and CV 08-4282 GW (AGRx)<br><br>CLASS ACTION<br><br>JOINT STIPULATION RE: DISCLOSURE OF PUTATIVE CLASS MEMBERS' IDENTITIES<br><br>Hearing on Motion for Class Certification:<br>Date:   January 29, 2009<br>Time:   8:30 a.m.<br>Before: Honorable George H. Wu<br>Courtroom: 10<br><br>Consolidated Class Action Complaint filed: September 29, 2008 |
| 21  CARMEN HITA, on behalf of herself, and all others similarly situated and the General Public,<br>22<br>23          Plaintiff,<br>24   vs.<br>25  VEOLIA TRANSPORTATION SERVICES, INC., a Maryland Corporation; and DOES 1 through 10, inclusive,<br>26<br>27<br>28          Defendants. | |

2

JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER:
RE: DISCLOSURE OF PUTATIVE CLASS MEMBER INFORMATION

1  **THIS STIPULATION** is hereby entered into by and between Defendant Veolia Transportation Services, Inc. (Veolia) and Plaintiffs Sonya Williams (Williams) and Carmen Hita (Hita) (Hita and Williams are collectively referred to as the "Plaintiffs") who have brought this suit on an individual basis, and on the behalf of others similarly situated. (Veolia, on the one hand, and Williams and Hita, on the other hand, are collectively referred to herein as the "Parties.")

**WHEREAS**, the Parties enter into this Stipulation to resolve, in part, a discovery dispute that has arisen between them.

**WHEREAS**, on August 11, 2008, Williams served on Veolia, Interrogatory No. 1, which seeks the identities and contact information of prospective class members in this matter, as follows:

> Identify (by stating the full name, last known address, telephone number and dates of employment) each and every person employed by YOU (as used herein, the terms "YOU", "YOUR", OR "YOURS" means and/or refers to Defendant VEOLIA TRANSPORTATION SERVICES, INC. and its present and former officers, directors, managing agents, employees, parent corporation, subsidiaries, and/or affiliates, attorneys, investigators and all person who are acting or have acted on YOUR behalf) as a non-exempt employee within the State of California from 4/18/04 until present, who are not class members or a part of: Amalgamated Transit Union Local 1309 v. ATCNancom, Inc., San Jose Div., Case No. 107CV077987 (Cal. Super. Ct., Santa Clara County, filed January 10, 2007).

**WHEREAS**, on September 9, 2008, Veolia served Williams with objections to Interrogatory No. 1, on the following bases:

- Vague and ambiguous;
- Compound and conjunctive;
- Violation of privacy rights;
- Relevancy and overbroad and unduly burdensome; and

1  • An inability to meet Rule 23's requirements in order to justify
2  class-wide discovery.
3  **WHEREAS,** the Parties met and conferred on October 19, 2008 and on
4  October 30, 2008, and have, in good faith, agreed to narrow the issues related to this
5  dispute and enter into this Stipulation accordingly.
6  **WHEREAS,** Plaintiffs agree to limit Interrogatory No. 1 by striking certain
7  portions of the interrogatory, as follows:

> Identify (by stating the full name, last known address, [and] telephone number ~~and dates of employment~~) each and every person employed by ~~YOU (as used herein, the terms "YOU", "YOUR", OR "YOURS" means and/or refers to~~ Defendant VEOLIA TRANSPORTATION SERVICES, INC. ~~and its present and former officers, directors, managing agents, employees, parent corporation, subsidiaries, and/or affiliates, attorneys, investigators and all person who are acting or have acted on YOUR behalf)~~ as a non-exempt employee within the State of California from the date of four years from the filing of the amended complaint until present, who are not class members or a part of: Amalgamated Transit Union Local 1309 v. ATCNancom, Inc., San Jose Div., Case No. 107CV077987 (Cal. Super. Ct., Santa Clara County, filed January 10, 2007).

19  **WHEREAS,** in exchange for limiting Interrogatory No. 1 as indicated in the
20  preceding paragraph, Veolia agrees to withdraw, and hereby does withdraw, its
21  "vague and ambiguous" objections, "unduly burdensome" objection, and its
22  "compound and conjunctive" objections.
23  **WHEREAS,** with respect to Veolia's objections based upon privacy, the
24  Parties acknowledge that Veolia maintains an obligation to keep the contact
25  information of its past and current employees private.
26  **WHEREAS,** Veolia has agreed to turn over the full name, last known
27  address and telephone numbers of all non-exempt *bus drivers* who worked on the
28  

4

JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER:
RE: DISCLOSURE OF PUTATIVE CLASS MEMBER INFORMATION

1  *Antelope Valley Transit Authority Contract for Veolia* from April 18, 2004 until
2  present, subject to the following safeguards, procedures and conditions (Veolia's
3  bus drivers employed on its contract with the Antelope Valley Transit Authority
4  from April 18, 2004 until present shall be referred to as the "AVTA Bus Drivers,"
5  and the identities and contact information, as described in this paragraph, of the
6  AVTA Bus Drivers shall be referred to "AVTA Bus Driver Contact Information"):

    A.    Veolia shall provide the AVTA Bus Driver Contact Information to Simpluris, a third-party administrator, within 7 court days after entry of this Order by the Court;

    B.    Prior to providing said information to Simpluris, it must agree in writing that it will not disclose the AVTA Bus Driver Contact Information to any person, including Plaintiffs' counsel, and shall otherwise keep the AVTA Bus Driver Contact Information confidential, subject to disclosure to Plaintiffs' counsel, only as described herein;

    C.    Within 3 calendar days after receipt of the AVTA Bus Diver Contact Information, Simpluris shall perform a search for updated addresses through a reasonable means of obtaining such addresses;

    D.    Within 7 calendar days after receipt of the AVTA Bus Driver Contact Information, Simpluris shall send each AVTA Bus Driver a notice advising them of the lawsuit and providing them with an opportunity to opt-out from the disclosure of their identities and contact information to Hita and Williams' counsel;

    E.    The form of notice is agreed upon by the Parties and attached hereto as Exhibit "A" (Notice), and the form of the opt-out postcard is agreed upon by the Parties and attached hereto as Exhibit "B" (Opt-out Postcard).

    F.    AVTA Bus Drivers receiving Exhibit A may object to the disclosure

5

JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER:
RE: DISCLOSURE OF PUTATIVE CLASS MEMBER INFORMATION

of their identities and contact information by sending an Opt-out Postcard (Exhibit B), which will be marked with pre-paid postage to Simpluris, within 18 days <u>from the date on which Simpluris mails the Notice to the AVTA Bus Drivers</u>. An Opt-out Postcard shall be timely if it is postmarked within 18 days from the date on which Simpluris mails the Notice to the AVTA Bus Drivers;

G. AVTA Bus Drivers who do not send in an Opt-out Postcard postmarked within 18 days of the sending of the Notice will be presumed to have consented to providing their identities and contact information to Plaintiffs;

H. After 22 days of sending out the Notice, Simpluris shall use its best efforts to transmit to Plaintiffs' counsel the AVTA Bus Driver Contact Information for those AVTA Bus Drivers who have not returned an Opt-out Postcard that is postmarked within 18 days from the date on which Simpluris mails the Notice;

I. Plaintiffs' counsel shall be responsible for all costs of Simpluris' mailing and administration of the Notice and Opt-out Postcard; and,

J. Veolia will not in any way discourage the AVTA Bus Drivers, from communicating with the attorneys for Williams or Hita.

K. Plaintiffs' counsel agrees to safely maintain any private information that it receives from Simpluris and to use it solely for the purpose of investigating the claims alleged in the Consolidated Complaint, by its attorneys, investigators or experts. Plaintiffs' counsel also agrees not to disclose any AVTA Bus Driver Contact Information to any individual plaintiff or putative class member, and not to contact putative class members while they are at work.

**WHEREAS**, because it is the Parties' intent to limit the scope of a discovery dispute related to Interrogatory No. 1, this Stipulation shall not be construed as an

6

Case 2:08-cv-02582-GW-AGR   Document 52   Filed 12/04/08   Page 11 of 19   Page ID #:790
Case 2:08-cv-02582-GW-AGR   Document 51-2   Filed 12/04/2008   Page 11 of 19
11/13/2008   16:57   2132175030                    KABATECK ET AL                          PAGE 02/02

1. admission or concession that this matter is certifiable as a class action in any
2. manner or that any claim alleged in this matter has any merit. Additionally, this
3. Stipulation is not intended to fully resolve all disputes concerning Interrogatory No.
4. 1, and the Parties enter into this Stipulation without prejudice to file or oppose a
5. motion to compel and without prejudice to any objections that Veolia has raised to
6. the disclosure of contact information for any putative class members outside of the
7. scope of this stipulation.
8.     **WHEREAS**, this Stipulation may be amended without leave of Court by the
9. written agreement of counsel for the Parties to this agreement and any pertinent
10. third parties in the form of an amended stipulation.

11.
12.     IT IS SO STIPULATED.

13. Dated: November 13, 2008     INITIATIVE LEGAL GROUP, LLP
14.
15. By: _____
16.     Matthew Theriault
17.     Dina Livhits
    Attorneys for Plaintiff Sonya
18.     Williams

19. Dated: November 13, 2008     KABATECK BROWN KELLNER
20.     LLP
    Brian S. Kabateck
21.     Richard L. Kellner
22.     Joshua H. Haffner
    Lina B. Melidonian
23.
24. By: _____
25.     Lina B. Melidonian
26.     Attorneys for Plaintiff Carmen Hita
27.
28.

7

JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER:
RE: DISCLOSURE OF PUTATIVE CLASS MEMBER INFORMATION

Dated: November 14, 2008

GLEASON & FAVAROTE, LLP

By: 
Paul M. Gleason
Torey J. Favarote
Richard Y. Chen
Attorneys for Veolia
Transportation Services, Inc.

8

JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER:
RE: DISCLOSURE OF PUTATIVE CLASS MEMBER INFORMATION

# EXHIBIT A

Proposed Order Exhibit-Page   13

<u>Sonya Williams and Carmen Hita v. Veolia Transportation Services, Inc</u>
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CASE NOS. CV 08-02582 GW (AGRx) and CV 08-4282 GW (AGRx)

**NOTICE OF REQUEST FOR PRIVATE CONTACT INFORMATION**

John Doe
1234 Anywhere St., Apt. 1234
Los Angeles, CA 12345

A lawsuit has been filed seeking alleged: (1) wages not paid upon termination; (2) failure to pay wages; (3) denial of meal periods; (4) denial of rest periods; (5) improper wage statements; (6) failure to pay minimum wages; (7) failure to pay overtime wages, and (8) violation of the California Business & Professions Code §17200 *et seq.* on behalf of current and former hourly employees of Veolia Transportation Services, Inc (the "Defendant") in California. The former employees bringing the case (the "Plaintiffs") are seeking to contact potential class members in order to gather information about the case. **If you do not return the enclosed postcard, your private contact information will be provided to the Plaintiffs' attorneys.**

**IF YOU DO NOT WANT YOUR CONTACT INFORMATION PROVIDED TO THE PLAINTIFFS' ATTORNEYS, YOU MUST SIGN AND POSTMARK THE ENCLOSED POSTCARD ON OR BEFORE _____ (WHICH IS 18 DAYS FROM THE DATE OF MAILING OF THIS NOTICE).**

Whether or not you return the enclosed postcard will not affect your rights. Whether or not you choose to return the enclosed postcard will not affect your employment with Defendant in any way.

If you have questions about this notice, you may seek independent legal counsel, or you may contact any of the following attorneys representing the parties:

<u>Plaintiffs' Attorneys</u>
Matthew T. Theriault
MTheriault@InitiativeLegal.com
Dina Livhits
DLIvhits@InitiativeLegal.com
INITIATIVE LEGAL GROUP LLP
1800 Century Park East, Second Floor
Los Angeles, CA 90067
Tel: (310) 556-5637
Attorneys for Plaintiff SONYA WILLIAMS

Brian S. Kabateck
bsk@kbklawyers.com
Richard L. Kellner
rlk@kbklawyers.com
Josh H. Haffner
jhh@kbklawyers.com
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000

<u>Defendant's Attorneys</u>
Paul M. Gleason
pgleason@gleasonfavarote.com
Torey J. Favarote
tfavarote@gleasonfavarote.com
Richard Y. Chen
rchen@gleasonfavarote.com
Janet S. Yavrouian
jyavrouian@gleasonfavarote.com
GLEASON & FAVAROTE, LLP
800 West Sixth Street, Suite 1010
Los Angeles, CA 90017
Tel: (213) 452-0510
Attorneys for Veolia Transportation Services, Inc

David M. Arbogast
darbogast@law111.com
Jeffrey K. Berns
jberns@law111.com
Dayna C. Carter
dcarter@law111.com
ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Tel: (818) 961-2000
Attorneys for Plaintiff CARMEN HITA

# EXHIBIT B

<u>**Sonya Williams and Carmen Hita v. Veolia Transportation Services, Inc**</u>
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CASE NOS. CV 08-02582 GW (AGRx) and CV 08-4282 GW (AGRx)

**IF YOU DO <u>NOT</u> WANT YOUR NAME, HOME ADDRESS AND TELEPHONE NUMBER DISCLOSED TO THE PLAINTIFF'S ATTORNEYS, THIS POSTCARD MUST BE SIGNED AND RETURNED ON OR BEFORE [DATE_____], 2008.**

By signing below, I certify under penalty of perjury that I wish to preserve my right to privacy and DO NOT want my name, home address and home telephone number disclosed to the Plaintiff's attorneys.

SIGNATURE_____   DATE_____

**TO BE EFFECTIVE, PLEASE RETURN THIS POSTCARD TO:**
Sonya Williams and Carmen Hita v. Veolia Transportation Services, Inc
NOTICE ADMINISTRATOR,
C/O SIMPLURIS, INC.
3176 PULLMAN ST STE 123
COSTA MESA, CA 92926-9906

**POSTMARKED ON OR BEFORE [DATE _____], 2008**

---

**[FRONT AND BACK VIEWS OF MODEL OPT-OUT POSTCARD]**





BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 47   COSTA MESA CA
POSTAGE WILL BE PAID BY ADDRESSEE

Williams, et al v. Veolia Transportation Services, Inc

SIMPLURIS INC
3176 PULLMAN ST STE 123
COSTA MESA CA 92626-9906

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT )
CENTRAL DISTRICT OF CALIFORNIA ) ss

I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is: Initiative Legal Group LLP, 1800 Century Park East, 2nd Floor, Los Angeles, California 90067.

On December 4, 2008, I served the within document(s) described below as:

**[PROPOSED] PROTECTIVE ORDER RE: DISCLOSURE OF PUTATIVE CLASS MEMBER'S IDENTITIES**

on the interested parties in this action by placing true copies thereon enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

(X) **CM/ECF SYSTEM**: I caused the above-referenced documents(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in the case.

(X) **MAIL**: I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

( ) **OVERNIGHT COURIER**: I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above addressee(s).

( ) **FACSIMILE**: I caused the above-referenced document(s) to be transmitted to the above-named person at the telephone numbers above.

( ) **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**EXECUTED** this document on December 4, 2008, at Los Angeles, California.

Matthew Krout

**SERVICE LIST**
**Case No: CV08-02582 GW (AGRx)**
**Case No.:CV08-4282 GW (AGRx)**

Paul M. Gleason
Torey J. Favarote
Richard Y. Chen
Janet S. Yavrouian
**GLEASON & FAVAROTE LLP**
800 West Sixth Street, Suite 1010
Los Angeles, CA 90017
Attorneys for Defendant
Veolia Transportation Services, Inc.
*Via CM/ECF & U.S. Mail*

David M. Arbogast
Jeffrey K. Berns
Dayna C. Carter
**ARBOGAST & BERNS LLP**
19510 Ventura Blvd
Suite 200
Tarzana, CA 91356
Counsel for Plaintiff
Carmen Hita
*Via CM/ECF & U.S. Mail*

Brian S. Kabateck
Richard L. Kellner
Josh H. Haffner
**KABATECK BROWN KELLNER LLP**
644 South Figueroa St.
Los Angeles, CA 90017
Co-Counsel for Plaintiff
Carmen Hita
*Via U.S. Mail Only*