Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Frank Gatto (SBN 274684)
Frank.Gatto@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs
Sonya Williams and Patricia Allen

Torey J. Favarote (SBN 198521)
tfavarote@gleasonfavarote.com
Janet S. Yavrouian (SBN 252602)
jyavrouian@gleasonfavarote.com
GLEASON & FAVAROTE, LLP
835 Wilshire Blvd., Suite 200
Los Angeles, California 90017
Telephone:  (213) 452-0510
Facsimile:   (213) 452-0514

Attorneys for Defendant
Veolia Transportation Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SONYA WILLIAMS, et al. | Case No.: 2:08-cv-02582-GW-AGR |
|---|---|
| Plaintiff, | [Assigned to Hon. George Wu] |
| vs. | **ORDER RE STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION** |
| VEOLIA TRANSPORTATION SERVICES, INC., et al., | |
| Defendants. | Complaint Filed:  April 18, 2008 |

ORDER

**ORDER**

The Court, having reviewed the Stipulated Protective Order Re Confidential Information agreed on by the Parties hereto, by and through their counsel of record, and good cause appearing therefor, hereby enters and approves the Stipulation re Protective Order.

**IT IS SO ORDERED.**

Dated: March 26, 2013

_____
Honorable George H. Wu
Judge of the U.S. District Court